RECEIVED
WILLIAMSPORT, PA

JAN 3 0 2001

MARY E. D'ANDREA, CLER
Per_____
DEPUTY CLERK

# FORMS TO BE COMPLETED BY PRISONERS FILING A CIVIL RIGHTS COMPLAINT UNDER 42 U.S.C. § 1983 or 28 U.S.C. § 1331

## COVER SHEET

THIS COVER SHEET CONTAINS IMPORTANT INFORMATION ABOUT FILING A COMPLAINT AND YOUR OBLIGATIONS IF YOU DO FILE A COMPLAINT. READ AND COMPLETE THE COVER SHEET BEFORE YOU PROCEED FURTHER.

*************************************************************************

The cost for filing a civil rights complaint is $150.00.

If you do not have sufficient funds to pay the full filing fee of $150.00 you need permission to proceed *in forma pauperis*. However, the court will assess and, when funds exist, immediately collect an initial partial filing fee of 20 percent of the greater of:

  1)   the average monthly deposits to your prison account for the past six months; or

  2)   the average monthly balance in your prison account for the past six months.

Thereafter, the institution in which you are incarcerated will be required to make monthly payments of 20% of the preceding month's deposits credited to your account until the entire filing fee is paid.

**CAUTION: YOUR OBLIGATION TO PAY THE FULL FILING FEE WILL CONTINUE REGARDLESS OF THE OUTCOME OF YOUR CASE, EVEN IF YOUR COMPLAINT IS DISMISSED BEFORE THE DEFENDANTS ARE SERVED.**

*************************************************************************

   1. You shall file a complaint by completing and signing the attached complaint form and mailing it to the Clerk of Court along with the full filing fee of $150.00. (In the event attachments are needed to complete the allegations in the complaint, no more than three (3) pages of attachments will be allowed.) If you submit the full filing fee along with the complaint, you DO NOT have to complete the rest of the forms in this packet. **Check here if you are submitting the filing fee with the complaint form.** _____

   2. If you cannot afford to pay the fee, you may file a complaint under 28 U.S.C. § 1915 without paying the full filing fee at this time by completing the following: (1) Complaint Form; (2) Application To Proceed In Forma Pauperis; and (3) Authorization Form. You must properly complete, sign and submit all three standard forms or your complaint may be returned to you by the Clerk of Court. **Check here if you are filing your complaint under 28 U.S.C. § 1915 without full prepayment of fees.** _SAS_

Please Note: If your case is allowed to proceed and you are awarded compensatory damages against a correctional facility or an official or agent of a correctional facility, the damage award will first be used to satisfy any outstanding restitution orders pending. Before payment of any compensatory damages, reasonable attempts will be made to notify the victims of the crime for which you were convicted concerning payment of such damages. The restitution orders must be fully paid before any part of the award goes to you.

**DO NOT DETACH THE COVER SHEET FROM THE REST OF THE FORMS**

FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

(Inmate Number)

Steven Smith
(Name of Plaintiff)

277 W. 3rd. St. Wmpt, Pa.
(Address of Plaintiff)

vs.

David Desmond, Kevin Deparlos
Joe Vermilya, Tim Mahoney
(Others) See Attached Sheet
(Names of Defendants)

3: CV01-0274
(Case Number)

COMPLAINT

FILED
SCRANTON

FEB 13 2001

PER RM
DEPUTY CLERK

TO BE FILED UNDER: ____ 42 U.S.C. § 1983 - STATE OFFICIALS
                    ____ 28 U.S.C. § 1331 - FEDERAL OFFICIALS

I. Previous Lawsuits

   A. If you have filed any other lawsuits in federal court while a prisoner please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

   _____
   _____
   _____
   _____

II. Exhaustion of Administrative Remedies

    A. Is there a grievance procedure available at your institution?
       ✓ Yes   ___ No

    B. Have you filed a grievance concerning the facts relating to this complaint?
       ✓ Yes   ___ No

       If your answer is no, explain why not _____

       _____

    C. Is the grievance process completed? ✓ Yes   ___ No

III. Defendants

(In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use Item B for the names, positions and places of employment of any additional defendants.)

A. Defendant _See Attached form 3A_ is employed as _____ at _____

B. Additional defendants _See Attached form 3A_

IV. Statement of Claim A

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

1. Defendants Allowed cruel and unusual punishment and inflicted cruel and unusual punishment by Denying medical Treatment to The point of great suffering and fear of Death

2. as well as irreversible damage to my body in that they ignored Requests for medical treatment where as I had to Bail out of prison to obtain treatment of swelling

3. of jaw from a cyste on a tooth and also an Infection that has ravaged my body since october 2000 this being January 29, 2001

V.  Relief

(State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.)

1. Set president over Prison making it supply proper treatment and anser why my Rights were denyed Not once or twice but 3 three Times

2. award Compensatory as well as punitive damages that will be a future warning to stop unlawful treatment before Human Life is lost

3. Allow Visits so Plaintof can communicate Legitimate concerns and buisness with the only person that can help me outside of prison. Please Help Me Because I am mentally Disabled

Signed this 28 day of January 2001, 19~~~~.

_Steven Smith_
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

1/28/2001                    _Steven Smith_
(Date)                       (Signature of Plaintiff)

## 3 A   Defendants

David Desmond  Warden of Lycoming County Prison
Kevin Deparlos  Deputy Warden of Lycoming County Prison
Tim Mohoney  Director of treatment of Lycoming County Prison
Joe Vermilya  Counselor at Lycoming County Prison

### Nurses

Kim Poorman   Joyce Fairfax   Lynelle
Employed by Lycoming County Prison

### Doctors

Keenan   Patterson   and Verzella
Employed by Lycoming County Prison

And The City of Williamsport

Foot Note
   Names of Doctors and Nurses were Requested a number of Times to No avail

   and to the best of my Knoledge what is Stated above is their Names and Titles

### IV-B

and also Denyed Visits from Loved ones because of Domistic quarles resulting in charges of ~~Harrass~~ Harassment Even though Loved ones want such Visits and there is Bullet Proof glass between prisioners and visitors for No Legitimate purpose

## Symptoms

that started in nov. 2000 wile in the hole.
Itched all over my body   Rash Started
Pain in back, prostrate, urinary tract
Spraying urine strong oder and color
Bloody offence of smelling, Loose, burning Stool, that wa[s]
hard to pass, leaving me with a Full uncomfortable feelin[g]
Old Broken bones and out of place ones hurt bad
Vision Cloudy
Scratch wouldn't heal until Now 1/30/01
Feeling of helplessness   Death close soon   Confused

### 3rd Time

Everything Double Except Bloody Stool, Had Double Color
Boils under Skin, Scalp   Rash worst
Throat, Neck pain
Bloodshot Eye's
Sinisus Infected  can feel inside
Painful Rash on penis
Always Sleepy
Light pain in chest, then arm, then wrist and Fac[e]
Painful lump on testisucle

This being January

RECEIVED SCRANTON FEB 13 2001 MARY E. D'ANDREA

1A

## Pancreatitis

Pancreatitis is an inflammation of the pancreas, a large gland situated in back of and slightly below the stomach and liver. The condition may be mild acute or chronic.

(Causes) About 40 percent of the acute attacks are associated with alcoholism, another 40 percent with disease of the biliary tract (liver and gallbladder) involving stone formation: 10 percent occur as a result of diabetes, pregnancy, ulcer, accident, or infectious disease. In the remaining 10 percent, the cause of the pancreatitis cannot be determined.

The process by which the pancreas becomes inflamed involves an obstruction by swelling — ces may occur in gastroenter the presence of a stone or because of edema any of which might lead to the reflux (Return Flow) of bile into the pancreatic duct. A sudden attack may be triggered by heavy alcohol intake, a large meal or certain drugs. The cause of hemorrhagic pancreatitis is thought to be the activation of the enzyme trypsinogen by the entry of bile into the pancreatic duct. This enzyme which properly belongs in the gastrointestinal tract begins to digest the tissue and vascular walls of the pancreas itself, causing massive internal bleeding.

(Symptoms) Pancreatitis causes upper abdominal pain that extends to the back, nausea and vomiting, tenderness and swelling of the abdominal area and fever. In some cases symptoms seem to vanish without consequences or are so mild that they are mistaken for indigestion and remain undiagnosed

These are the cases that may become chronic and eventually lead to cysts, abscesses or sudden hemorrha[ge].

<u>Complications</u> Massive internal bleeding causes death in approximately half the cases of hemorrhagic pancreatitis. In chronic pancreatitis, disturbance of carbohydrate metabolism may lead to diabetes. Pancreatitis in any form makes the victim especially vulnerable to bacterial infection that may have consequences.

<u>Treatment</u> Since pancreatitis rarely occurs but is ordinarily associated with some other disorder, treatment consists of several aspects. The stomach is kept free of food, intravenous nourishment is provided, and antibiotics are administered to forestall peritonitis or secondary bacterial infection. When medical therapy is ineffective, surgery may be needed. Since newer medications can now dissolve biliary stones when they are the cause of pancreatitis, some operations of this kind have been eliminated.

Hemorrhagic Pancreatitis

Massive internal bleeding causes death in approximately half the cases of hemorrhagic pancreatitis. In chronic pancreatitis disturbance of carbohydrate metabolism <u>may lead to diabetes.</u>
<u>Pancreatitis in any form makes the victim especially vulnerable to bacterial infection that may have grave consequences.</u>

<u>Advanced Hemorrhagic Pancreatitis</u>
Complete destruction of pancreas can occur — halting its production of digestive juices and insulin. <u>If patient recovers, he may be left with digestive difficulties and diabetes</u>

## Pancreatic Cancer

Malignancies originating in the pancreas and not the result of metastasis from a primary cancer elsewhere in the body account for about six percent of abdominal cancers. Pancreatic malignancies occur most frequently in males aged 50 to 60.

(Causes) There is no clear understanding of why pancreatic cancer is three times more common in the head of this organ than in its body or tail. Disorders relating to the development of these malignancies include pancreatitis, diabetes and alcoholism.

(Symptoms) The most typical symptoms is abdominal pain that spreads from the front to the back. The pain may be chronic or acute and seems to diminish when the body bends forward. Cancer in the head of the pancreas usually produces jaundice; in body and tail, inflammation of the veins and swelling of the legs. Gastrointestinal disturbances such as nausea, vomiting, constipation and gallbladder distension are characteristic. Weight loss is another conspicuous symptoms. For some unknown reason, the majority of pancreatic cancer victims are chain smokers.

(Treatment) A pancreatic malignancy that has progressed to the point where it produces distinctive symptoms may be treated by radical surgery and postoperative therapy of various kinds, but the prognosis for recovery is poor.

## Diabetes
### Early Danger Signals

Vision Prolbems              Excessive thirst and hunger
Drowsiness                   Slow healing of cuts and bruises
Loss of Weight               To much Sugar in blood and Urin
Eazy Tiring                  Excessive urination
Skin Itching Especially in the genital area

### Possible Later Developments

Rashes and infections,   Kidney disease,
Gangrene, Liver Enlargement, Cataracts
Impotence, Hardening of Arteries, Coma

Retinopathy leading to Blindness

Diabetic Acidosis leading to possibly Fatal diabetic Coma

Fishbein's Illustrated                Acidosis
Medical and Health                    peritonitis
Encyclopedia

RECEIVED
SCRANTON

FEB 13 2001

MARY E. D'ANDREA, CLERK
PER _____ DEPUTY CLERK

I Believe I am In Imminent Danger of Death or Serious Physical Injury In That Two Times Ive Been Ill to where I Really Felt I Was Going to Die And Have leterally Begged Please Let me See a Doctor only to Be Ignored And The Third Time The Sickness was so Bad It Nearly Drove Me Out of The State of Reason With Worry I Fear Being Made To Suffer or Endore the Pain of This Again Because I cant wait Two weeks If I am Sick To See a Doctor as I Have Three Times Now. It Bordered on Torture. Extreme My Requests are Ignored and when I do See a Doctor I am harrassed with only one complaint at a Time Even If The Two or Three Thing are From The Same Sickness I can discuss only one ailment at a Time and Then I am harrassed By The Nurse Who is soposed to help me and orded from The Room. The Frustration and Helplessnes I am made to Feel it Seems Is Inflicted Intentionally or at The least with Total Disreguard of Human Dignety or Empathy. This is The Third Time of antibiotics and This time They Said I will Be on Them for Two months Stright? But theres Nothing wrong with me. There Is Something wrong and Now there Trying to Hide There mistakes or are Really Igrorant of The suffering I Have Endored or what Danger I could Be In. My VA Doctor Told Me I Should Be on a Liver Transplant List and I have Hepatitis A B and C That Needs treated So I cant Play With Infection Like They are Here

SCRANTON
FEB 12 2001
MARY E. D'ANDREA, CLERK
Per

I would like only his medical Records Seized for Evidence and Moved to another House of Detention Where I will Be Given Proper medical Attention, access to medical Records For Legal Research Before They Are Destroyed or altered and Where I can Have my Legal Records Copyed Without This Instatution Having foreknowledge and possession of them and to be Free of Harrassment or Suffering and Fear of Having to Endore a Living Hell In The Hands of Cruel People. I ask for any Expedited Relief The Court Can Grant Before anymore Is Done to my Harm and Suffering. I Beg The Court, Please Help Me As I am Disabled and cannot Do this Legal Work myself. I Have Sent Request after Request To All The Defendants that Have Been Ignored Totally or ansered sarcastically. Ive been laughed at and Harrassed. I am a very strong man in some ways But Have cryed Felt alone and almost Questioned The Love of MY GOD from this. Please Help Change The Care Given or better Refused in this Contemptable Place. I Am still Sick and Think I Need Expencive Anti Viral Theraphy Ive Been Through Before That This Place Cant afford and Prolonging This is Just Doing More Harm To my Health Possibly To my Death. The Pills Im Taking is only holding back The Return of what ever it is Thats wrong with me and Theres still Pain From within from This Infection